FILED
CLERK, U.S. DISTRICT COURT
MAR 11 2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHALOM SHLOMO IFRAH,

Defendant.

Case No. 2:22-MJ-00976

**ORDER OF DETENTION**

On March 9, 2022, Defendant Shalom Shlomo Ifrah made his initial appearance in this district on the Indictment filed in the Eastern District of California. Jeremy Lessem of the Indigent Defense Panel was specially appointed to represent Defendant solely for the initial appearance and subject to an order of contribution to be determined by the United States District Court in the Eastern District of California.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court finds that no condition or combination of conditions will reasonably assure:

☒ the appearance of the Defendant as required.

☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the Defendant;

(c) Defendant's history and characteristics; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g) The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Unknown background, unknown travel, and unknown substance abuse issues. Defendant declined to be interviewed by the Pretrial Services Agency, and he declined to provide bail resources.

☒ The arresting agent informed Pretrial Services that a search of Defendant's residence was conducted on March 9, 2022, and two loaded firearms registered to Defendant, a United States passport, and an Israeli passport were found. The agent also stated that Defendant has a large amount of assets and funds in his bank account, two business, and three properties.

As to danger to the community:

☒ Unknown background, unknown travel, and unknown substance abuse issues. Defendant declined to be interviewed by the Pretrial Services Agency, and he declined to provide bail resources.

☒ Seriousness of the allegations in the Indictment.

☒ As stated above, two loaded firearms registered to Defendant were found in a search of his residence.

It is therefore ORDERED that Defendant Shalom Shlomo Ifrah be detained until trial and be transported to the United States District Court for the Eastern District of California for further proceedings. **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: March 11, 2022

PATRICIA DONAHUE

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

3